UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES W. MILLNER,

    Plaintiff,

    v.

MARTIN BITER, et al.,

    Defendants.

Case No. 13-cv-04965-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner currently incarcerated at Kern Valley State Prison ("KVSP") in Delano, California, has filed a civil rights action under 42 U.S.C. § 1983, complaining of his treatment by staff at KVSP and High Desert State Prison ("HDSP").

The acts complained of in this action occurred at KVSP, which is located in Kern County in the Eastern District of California, and at HDSP, which is located in Lassen County, also in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: December 8, 2013

    JON S. TIGAR
    United States District Judge