1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER, | Case No.: 1:13-cv-02029-SAB (PC) |
| Plaintiff, | |
| v. | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| MARTIN BITER, et al., | |
| Defendants. | |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On December 13, 2013, the Court issued an order for Plaintiff to pay the $400.00 filing fee or submit an application to proceed in forma pauperis. On February 10, 2014, Plaintiff responded to the Court's order but provided only a copy of his prisoner trust account without a completed and signed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

///

///

1

1  $400.00 filing fee for this action.  **No request for an extension of time will be granted without a**
2  **showing of good cause.  Failure to comply with this order will result in dismissal of this action.**
3
4  IT IS SO ORDERED.
5  Dated:   **March 31, 2014**
6  UNITED STATES MAGISTRATE JUDGE