UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>                    Plaintiff,<br><br>         v.<br><br>MARTIN BITER, et al.,<br><br>                    Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF PAYMENT OF FILING FEE<br><br>[ECF No. 22] |

  Plaintiff James W. Millner is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On June 11, 2014, Plaintiff filed a notice regarding the payment of the filing fee for this action. (ECF No. 22.) Plaintiff contends that he paid the $400.00 filing fee for this action in the Northern District prior to the transfer of the case to this Court. Plaintiff further contends he has sent this Court twice a receipt showing that he paid the required filing fee for this action and he was forced to file an in forma pauperis application to prevent the action from being dismissed.

  Plaintiff is advised that neither this Court nor the Northern District of California has received the required filing fee for this action, and Plaintiff was granted in forma pauperis status in this action on April 16, 2014. Although Plaintiff references the fact that he has twice submitted a copy of the receipt of the payment of the filing fee, the Court has never received such receipt and the receipt is not attached to his motion recent filing on June 11, 2014.

1

1   To the extent Plaintiff believes that a higher standard for screening the complaint will be
2  applied because he has paid the filing fee, Plaintiff is mistaken.
3   Regardless of whether a prisoner has paid the filing fee or is proceeding in forma pauperis, the
4  Court is required to screen complaints brought by prisoners seeking relief against a governmental
5  entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court must
6  dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or
7  malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief
8  from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).  Plaintiff is advised
9  that his second amended complaint filed on June 11, 2014, will be screened pursuant to section 1915A
10 in due course.

12  IT IS SO ORDERED.

13  Dated:   **June 13, 2014**
14                                                     UNITED STATES MAGISTRATE JUDGE