UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND DIRECTING CLERK OF COURT TO SERVE A COPY OF ORDER ON DIRECTOR OF CALIFORNIA DEPARTMENTN OF CORRECTIONS<br><br>[ECF No. 19] |

　　　　Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 25, 2013, Plaintiff filed the initial complaint in the United States District Court for the Northern District of California. On December 9, 2013, the action was transferred to this Court, and received on December 12, 2013. There was no notation on the docket that Plaintiff paid the filing fee in the Northern District.

　　　　On December 13, 2013, and April 1, 2014, the Court ordered Plaintiff to submit an application to proceed in forma pauperis. On April 16, 2014, the court granted Plaintiff's motion to proceed in forma pauperis.

　　　　On June 11, 2014, Plaintiff filed a notice regarding the payment of the filing fee. Plaintiff contended that he paid the $400.00 filing fee for this action in the Northern District prior to the transfer of the case to this Court. Plaintiff further indicated that he sent this Court twice a receipt

showing that he paid the required filing fee for this action and he was forced to file an in forma pauperis application to prevent the action from being dismissed.

On June 13, 2014, the Court informed Plaintiff that neither this Court nor the Northern District had any record of receiving the required filing fee for this action. In addition, Plaintiff was advised that the Court never received or viewed a copy of the receipt of payment of the filing fee.

On August 12, 2014, this Court received notice from the United States District Court for the Northern District of California that Plaintiff had indeed paid the filing fee in that Court on November 26, 2013. To date, this Court has not and will not collect any money from Plaintiff's trust account.

Accordingly,

IT IS HEREBY ORDERED that:

1. The Court's April 16, 2014, order granting Plaintiff's motion to proceed in forma pauperis is VACATED;
2. The Clerk of Court is directed to serve a copy of this order on the Director of the California Department of Corrections; and
3. No money shall be collected from Plaintiff's prisoner trust account for payment of the filing fee in this action.

IT IS SO ORDERED.

Dated: **August 13, 2014**

UNITED STATES MAGISTRATE JUDGE

2