UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>            Plaintiff,<br><br>      v.<br><br>MARTIN BITER, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER AMENDING OCTOBER 7, 2014, ORDER FINDING CERTAIN CLAIMS COGNIZABLE AND DIRECTING PLAINTIFF TO SERVE COMPLAINT ON CERTAIN DEFENDANTS<br><br>[ECF Nos. 33, 40] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 7, 2014, the Court issued an order finding Plaintiff stated a cognizable claim for excessive force against Defendants J. Anderson, D. Rodriguez, and O. Marroquin, a cognizable claim for failure to protect against Defendants W. Sweetser, R. Sulier, and Pair, and a cognizable claim of deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants J. Anderson, O. Marroquin, D. Rodriguez, W. Sweetser, R. Sulier, and Pair. (ECF No. 33.) The Court ordered that all other claims and defendants be dismissed from the action for failure to state a cognizable claim for relief. (Id.) In addition, because Plaintiff paid the filing fee in this action and is not proceeding in forma pauperis, the Court provided instructions and directed Plaintiff to initiate service of process on the above-named defendants. (Id.)

///

1

On October 22, 2014, Plaintiff filed a notice indicating that Defendant Pelago was inadvertently left out of the Court's screening order, despite the fact that he stated a cognizable failure to protect claim against this defendant. The Court has reviewed the operative complaint and prior service order, and finds that Plaintiff is correct. The Court will amend the October 7, 2014, order to reflect that Plaintiff states a cognizable claim against Defendant Pelago for failure to protect and Plaintiff shall initiate service of process on this defendant as well.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Court's October 7, 2014, order is AMENDED to reflect that Plaintiff states a cognizable failure to protect claim against Defendant Pelago, as well as Defendants Sweetser, Sulier, and Pair;

2. The Clerk of Court is directed to issue Plaintiff a summonses for service on Defendant Pelago;

3. Plaintiff shall initiate service of process on Defendant Pelago in accordance with the Court's October 7, 2014, order; and

4. All other provisions of the Court's October 7, 2014, remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 23, 2014**

UNITED STATES MAGISTRATE JUDGE

2