UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AS MOOT<br><br>[ECF No. 45] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's motion for an extension of time to service the summons and complaint on Defendants, filed February 17, 2015.

In as much as Plaintiff was granted an extension of 120 days to serve the summons and complaint on Defendants on February 10, 2015, Plaintiff's present motion for a further extension of time is MOOT and is DENIED on such basis.

IT IS SO ORDERED.

Dated:   **April 1, 2015**

UNITED STATES MAGISTRATE JUDGE

1