# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF No. 58] |

　　　Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On May 11, 2015, Plaintiff filed a motion for default judgment against Defendants. Plaintiff's motion is self-dated May 5, 2015. (ECF No. 58.)

　　　Rule 55(a) of the Federal Rules of Civil Procedure requires the Clerk of the Court to enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

　　　Plaintiff is advised that Defendants Sweetser, Pair, Anderson, Sulier, and Rodriguez filed an answer to Plaintiff's third amended complaint on May 5, 2015. (ECF No. 54.) Thus, to the extent

///

///

///

1

1  Plaintiff seeks entry of default pursuant to Federal Rule of Civil Procedure 55 against Defendants, his
2  request must be DENIED.

4  IT IS SO ORDERED.

5  Dated:   **May 12, 2015**
6                                                UNITED STATES MAGISTRATE JUDGE