# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO SERVE DEFENDANT PELAYO<br><br>[ECF No. 64] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 8, 2015, Plaintiff filed a request to extend the time to serve the complaint on Defendant Pelayo. Plaintiff is not proceeding in forma pauperis in this action and requests additional time to serve Defendant Pelayo, as his previous attempt at service was unsuccessful based on a misspelling of Pelayo's name.

Good cause having been presented to the Court, Plaintiff is granted sixty (60) days from the date of service of this order to attempt further service on Defendant Pelayo.

IT IS SO ORDERED.

Dated:   **June 9, 2015**

UNITED STATES MAGISTRATE JUDGE

1