1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES W. MILLNER,                          )   Case No.: 1:13-cv-02029-SAB (PC)
                                                )
12            Plaintiff,                        )
                                                )   ORDER GRANTING DEFENDANTS' MOTION
13       v.                                     )   TO STAY BRIEFING ON PLAINTIFF'S MOTION
                                                )   FOR SUMMARY JUDGMENT
14   MARTIN BITER, et al.,                      )
                                                )   [ECF No. 77]
15            Defendants.                        )
                                                )
16   _____        )

17          Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. §

18   1983.

19          On June 23, 2015, Defendants filed a motion for summary judgment relating to exhaustion of

20   the administrative remedies.  (ECF No. 70.)  On July 9, 2015, the Court granted Defendants' request to

21   stay merits-based discovery pending ruling on the exhaustion motion.  (ECF No. 71.)

22          On July 13, 2015, Plaintiff filed a cross-motion for summary judgment addressing the merits of

23   the case.  (ECF No. 73.)

24          Now pending before the Court is Defendants' motion to stay briefing on Plaintiff's cross-

25   motion for summary judgment relating to the merits of case, filed July 20, 2015.  (ECF No. 77.)

26          Good cause having been presented to the Court, it is HEREBY ORDERED that briefing on

27   Plaintiff's cross-motion for summary judgment is STAYED pending ruling on Defendants' motion for

28   summary judgment relating to exhaustion of the administrative remedies.  Defendants shall have

                                                    1

1    twenty-one (21) days following a final ruling on Defendants' exhaustion motion to file a response to

2    Plaintiff's cross-motion for summary judgment relating to the merits of the case.

3

4    IT IS SO ORDERED.

5    Dated:    **July 21, 2015**

6                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2