UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADD DEFENDANT PELAY TO THE CASE AS UNNECESSARY<br><br>[ECF No. 84] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 31, 2015, Plaintiff filed a motion to add Defendant J. Pelayo to the list of Defendants in this case. Plaintiff is advised that inasmuch as Defendant Pelayo has made an appearance in this action on July 22, 2015, he is an active Defendant in this case, and Plaintiff's motion is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **August 6, 2015**

UNITED STATES MAGISTRATE JUDGE

1