UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A SUPPLEMENT TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC<br><br>[ECF Nos. 92, 93] |

　　　　Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 31, 2015, and September 10, 2015, respectively, Plaintiff filed motions for leave to file a supplement to his opposition to Defendants' pending motion for summary judgment. (ECF Nos. 92, 93.) Plaintiff filed a supplement to his opposition on September 10, 2015. (ECF No. 94.)

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff's motion to supplement his opposition to Defendants' motion for summary judgment is GRANTED nunc pro tunc to September 10, 2015.

IT IS SO ORDERED.

Dated: __September 15, 2015__　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1