**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. MILLNER,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN BITER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-02029-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY, WITHOUT PREJUDICE<br><br>[ECF No. 103] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2015, Plaintiff filed a motion requesting discovery information relating to the current location of Defendant Dr. Dileo. Plaintiff specifically requests that the Deputy Attorney General assigned to this case provide the home address, employment address, and phone numbers of Defendant Dileo" directly to the Kern County Sheriff's Office for service of the summons on Defendant Dr. Dileo.

Inasmuch as Plaintiff was provided an extension of the deadline to serve Defendant Dileo on November 9, 2015, and Plaintiff fails to make any showing that he is unable to obtain the above-identified information on his own, the present motion shall be denied, without prejudice.

IT IS SO ORDERED.

Dated:   **December 17, 2015**

UNITED STATES MAGISTRATE JUDGE

1