UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-02029-AWI-SAB (PC)<br><br>ORDER SETTING EVIDENTIARY HEARING ON ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES<br><br>**Date: April 28, 2016, at 9:00 a.m., in Courtroom 9 (SAB)** |

　　　　Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding on Plaintiff's claim of excessive force against Defendants J. Anderson, D. Rodriguez, and O. Marroquin, a cognizable claim for failure to protect against Defendants W. Sweetser, R. Sulier, Pair, and Pelayo, and a cognizable claim of deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants J. Anderson, O. Marroquin, D. Rodriguez, W. Sweetser, R. Sulier, Pair, and Dr. Dileo.[1]

　　　　Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust the administrative remedies. (ECF Nos. 70.) On March 9, 2016, the assigned district judge adopted the

---

[1] Defendant Dr. Dileo has not yet been served with process.

1

findings and recommendations to deny the motion.  (ECF No. 116.)  The matter was referred back to the undersigned for further proceedings on the issue of exhaustion.  (Id.)

Accordingly, the Court HEREBY SETS an evidentiary hearing before the undersigned to decide the disputed issues of fact relating to the exhaustion of Plaintiff's claims.  The hearing will be held on **Thursday, April 28, 2016, at 9:00 a.m.**, in Courtroom 9, Sixth Floor of the United States District Court in Fresno, California.  The hearing will commence and be completed that day, and will be limited to the issue of whether Plaintiff is excused from the Prison Litigation Reform Act's exhaustion requirement because administrative remedies were "effectively unable."  To this end, the limited issues to be determined at the hearing are (1) whether an administrative grievance process was available to Plaintiff; and (2) if a process was available to Plaintiff whether he filed an untimely grievance and received no response.  See Albino v. Baca, 747 F.3d 1162, 1170-1171 (9th Cir. 2014).

In preparation for the hearing, it is HEREBY ORDERED that, no later than **April 14, 2016,** the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing.  No later than **April 21, 2016**, defense counsel shall file a statement setting forth the witnesses to be called and the documents to be presented at the hearing.  The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation.  The original and three copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Mamie Hernandez no later than **April 21, 2016.**[3]  Plaintiff's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.).  Defendant's exhibits must be pre-marked using letters beginning with A (e.g., A, B, C…AA, BB, CC…AAA, BBB, CCC, etc.).  A separate order and writ of habeas corpus ad testificandum for Plaintiff will be issued.

IT IS SO ORDERED.

Dated:   **March 30, 2016**

UNITED STATES MAGISTRATE JUDGE

---

[3] Original for the Courtroom Deputy, one copy for the undersigned, one copy for the witness stand, one copy for the opposing side.