UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02029-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUBPOENA OR DEPOSE WITNESS DEQUISE WILLIAMS<br><br>[ECF NO. 126] |

　　　　Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　An evidentiary hearing is currently set in this action for April 28, 2016. On April 21, 2016, Plaintiff filed a motion seeking to subpoena inmate witness Dequise Williams to appear at the evidentiary hearing or to depose inmate Williams.

　　　　Plaintiff's motion must be denied. As stated in the Court's March 30, 2016, order, the evidentiary hearing is limited to determining (1) whether an administrative grievance process was available to Plaintiff, and (2) if a process was available to Plaintiff whether he filed an untimely grievance and received no response. (ECF No. 120, Order at 2:9-11.) Plaintiff's motion and inmate William's unsworn declaration fail to address the two ultimate questions to be determined at the hearing, and there is no basis for the Court to determine that inmate Williams has relevant evidence to be presented at the hearing. Plaintiff himself may testify to the circumstances of his housing

placement and conditions therein during the relevant time frame if relevant to the issue being addressed at the hearing. Accordingly, Plaintiff's motion to subpoena or depose inmate Dequise Williams is DENIED.

IT IS SO ORDERED.

Dated: **April 21, 2016**

UNITED STATES MAGISTRATE JUDGE