UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN BITER, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-02029-AWI-SAB (PC)<br><br>ORDER GRANTING PARTIES' STIPULATION TO JOINT EXHIBIT A FOR USE AT EVIDENTIARY HEARING ON APRIL 28, 2016<br><br>[ECF No. 124] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 21, 2016, the parties submitted a stipulation as to the authenticity and admissibility of various medical records belonging to Plaintiff.

Good cause having been presented, it is HEREBY ORDERED that the parties stipulation to the authenticity and admissibility of Joint Exhibit A is granted.

IT IS SO ORDERED.

Dated:   **April 21, 2016**

UNITED STATES MAGISTRATE JUDGE

1