1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER, | Case No.  1:13-cv-02029-SAB-PC |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF JAMES MILLNER |
| v. | |
| MARTIN BITER, et al, | (ECF NO. 121) |
| Defendants. | |

This matter was set for an evidentiary hearing on April 28, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff James Millner to the courthouse on April 28, 2016, at 9:00 a.m. The evidentiary hearing has concluded.

Accordingly, Plaintiff James Millner, CDCR No. F-83475, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **April 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1