# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-02029-AWI-SAB (PC)<br><br>ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR COPIES OF EXHIBIT AND DEFENDANTS' REQUEST TO MODIFY THE EXHIBIT LIST<br><br>[ECF Nos. 125, 129] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 28, 2016, the undersigned held an evidentiary hearing regarding Plaintiff's exhaustion of the administrative remedies. After the presentation of evidence, the matter was taken under submission for issuance of a written order. Consequently, Plaintiff's motion for the Court to copy exhibit number 23 and Defendants' request to modify the exhibit list are terminated as moot.

IT IS SO ORDERED.

Dated:   **May 2, 2016**

UNITED STATES MAGISTRATE JUDGE