UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02029-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE SUPPLEMENTAL BRIEFING<br><br>[ECF No. 139] |

Plaintiff James W. Millner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 28, 2016, the Court held an evidentiary hearing regarding Plaintiff's exhaustion of the administrative remedies.

On July 13, 2016, Defendants filed a request to file supplemental briefing on the recent Supreme Court decision in Ross v. Blake, 136 S.Ct. 1850 (June 6, 2016). Defendants submit that Ross appears to provide controlling authority for the issues before the Court.

///

///

///

///

///

1

1  Good cause having been presented to the Court, it is HEREBY ORDERED that within
2 **fourteen (14)** days from the date of service of this order, Defendants may file supplemental briefing in
3 support of Plaintiff's failure to exhaust the administrative remedies.  Within **twenty-one (21)** days
4 from the date Defendants file their supplemental brief, Plaintiff may file a response.
5
6 IT IS SO ORDERED.
7 Dated:   **July 15, 2016**
8                                             UNITED STATES MAGISTRATE JUDGE